[No. 19020-6-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE EARNEST COOK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01802-9, Terry D. Sebring, J., entered December 13, 1994. *Affirmed* by unpublished opinion per

1100

Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.